UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RODNEY WILLSON, | No. C 14-4598 LB |
|         Petitioner, | **ORDER FOR SUPPLEMENTAL INFORMATION** |
|    v. | [Re: ECF No. 1] |
| Warden SPEARMAN, | |
|         Respondent. | |
| _____/ | |

    Rodney Willson, an inmate at the Correctional Training Facility in Soledad, filed this *pro se* action for a writ of habeas corpus to challenge a June 28, 2012 decision by the Board of Parole Hearings (BPH) to deny him parole. Mr. Willson asserted two claims in his petition: (1) his right to due process was violated because there was insufficient evidence to support the BPH's decision to find him not suitable for parole, and (2) the BPH's use of "Marsy's Law" to set his next parole hearing in three years violated his right to be free of ex post facto laws. ("Marsy's Law" is the popular name used for the 2008 amendment to California Penal Code § 3041.5 that generally lengthened the number of years between parole hearings.)

    The court needs additional information from Mr. Willson in order to determine how to proceed in this case. Specifically, it is unclear whether Mr. Willson's petition for writ of habeas corpus in the

C 14-4598 LB
ORDER

California Supreme Court presented both his due process and his ex post facto claims, or only the due process claim.  No later than **November 21, 2014**, Mr. Willson must inform this court whether his petition for writ of habeas corpus in the California Supreme Court contained his ex post facto claim.  This does not need to be a long or elaborate document: Mr. Willson can file a one-page document, label it as a "Notice Regarding Exhaustion of State Court Remedies," and provide the requested information.  If he does not file the notice by the deadline, this court will assume that he did not include his ex post facto claim in his petition in the California Supreme Court.

**IT IS SO ORDERED.**

Dated: November 4, 2014

_____
LAUREL BEELER
United States Magistrate Judge